1 Joann Selleck, Esq. (SBN 145557)
  COZEN O'CONNOR
2 501 West Broadway
  Suite No. 1610
3 San Diego, California 92101
  Telephone: 619.234-1700
4 Facsimile: 619.234-7831

5 Attorneys for Defendant
  LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAIME TAITE, | Case No.: 2:15-cv-04245-DOC (JPRx) |
| | *District Judge David O. Carter and Magistrate Judge Jean P. Rosenbluth* |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS THE ENTIRE ACTION, WITH PREJUDICE** |
| LEXINGTON INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JAIME TAITE ("Plaintiff") and Defendant LEXINGTON INSURANCE COMPANY ("Defendant") (collectively, the "Parties") jointly move this Court to enter an Order dismissing this action with prejudice. In support, the Parties state as follows:

1. On May 8, 2015, Plaintiff filed a summons and complaint against Defendant for breach of the duty of good faith and fair dealings and breach of contract in the Superior Court of California, County of Los Angeles.

2. On June 5, 2015, Defendant filed a Notice of Removal of Plaintiff's Complaint to the United States District Court, Western District of California.

///

///

3.  On April 19, 2016, the Parties reached an agreement to resolve this matter and, as such, entered into a Settlement Agreement and Mutual Release.

4.  Pursuant to their Settlement Agreement and Mutual Release, the Parties hereby stipulate to request that this action, be dismissed in its entirety, with prejudice, as set forth in the Stipulation attached hereto as Exhibit A.

**WHEREFORE**, the Parties respectfully request that the Court enter an Order dismissing the above captioned action, in its entirety, with prejudice.

DATED: April 27, 2016   DONAHUE & HORROW, LLP

By: /S/ Joann Selleck with authority of
MICHAEL B. HORROW
ELIZABETH FLEMING
Attorneys for Plaintiff
JAIME TAITE

DATED:  April 27, 2016   COZEN O'CONNOR

By: /S/Joann Selleck
JOANN SELLECK
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

LEGAL\26576174\1 00007.0011.001/367571.000