UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JAIME TAITE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-04245-DOC (JPRx)<br>*District Judge David O. Carter and Magistrate Judge Jean P. Rosenbluth*<br><br>**ORDER REGARDING JOINT MOTION TO DISMISS THE ENTIRE ACTION, WITH PREJUDICE** |

　　Having considered the joint motion of the parties and their Stipulation to Dismiss the above-referenced captioned, in its entirety, with prejudice, and finding that good cause for this Order exists, it is hereby Ordered that case number 2:15-cv-04245-DOC (JPRx) is hereby dismissed, in its entirety, with prejudice.

　　It is so ORDERED.

Dated: April 28, 2016            _____
　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

LEGAL\26553947\1 00007.0011.001/367571.000